

ORIGINAL

FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0166

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0166

HOLLY HAPPE, individually and as
Personal Representative of the Estate of
MARJORIE LEE LAVALLEY,

    Plaintiff and Appellant,

v.

COURTNEY LAWELLIN, Attorney at Law
and COURTNEY LAWELLIN, P.C. a registered
Montana Professional Corporation,

    Defendants and Appellees.

FILED

SEP 1 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Holly Happe was granted an extension of time to file and serve the opening brief on or before July 26, 2023. Happe did not thereafter file the opening brief and on July 31, 2023, this Court ordered that Happe file the opening brief no later than August 31, 2023. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 12 day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices